**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7618**

—————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

CHARLES EDWARD MOSS, JR.,

                                    Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., District
Judge.  (CR-95-338)

—————————

Submitted:  March 12, 1998        Decided:  March 25, 1998

—————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Charles Edward Moss, Jr., Appellant Pro Se.  Harold Watson Gowdy,
III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South
Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions for extension of time to file a motion under 28 U.S.C. § 2255 (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Moss</u>, No. CR-95-338 (D.S.C. Sept. 22 & Oct. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2